# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:                                                                                         CASE NO. 15-55636

    DAVIDA BRYANT CARSEY

                                                                                                         CHAPTER 13

    DEBTOR                                                                     JUDGE JOHN E. HOFFMAN JR.

---

## OBJECTION TO CONFIRMATION

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Faye D. English, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

**X**    The Chapter 13 Statement of Financial Affairs, Plan, Means Test, or Schedules must be amended to reflect the changes in the following areas: Plan Special Provision #2 fails to provide monthly minimum payment amounts for each Ohio Department of Taxation claim. Schedule I fails to disclose Debtor's new employment/income information, per 341 testimony.

**X**    Pay advices for Debtor needed when available from new employer. Recent pay advice/proof of income for non-filing spouse needed. 2014 tax return for non-filing spouse needed.

Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: 10/21/2015                                                                                         Respectfully submitted,

                                                                                                   /s/ Faye D. English

                                                                                                   Faye D. English
                                                                                                   Chapter 13 Trustee
                                                                                                   One Columbus

10 West Broad St., Suite 900  
Columbus, OH  43215-3449  
Telephone: 614-420-2555  
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection To Confirmation was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 10/21/2015

/s/ Faye D. English  
Electronically signed by  
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee  
Faye D. English, Chapter 13 Trustee  
Marshall D Cohen Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Davida Bryant Carsey  
12077 Jug St  
Johnstown, Oh 43031